# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL UNITED STATES COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK 10007

DC Court: CTDC/nhct
DC Judge: Underhill
DC Dkt: 01-cv-266

ROSEANN B. MACKECHNIE
CLERK

REINSTATE



Re: In re: Telesforo Rod v.
Docket No. 02-5076(L)

CIVIL APPEALS SCHEDULING ORDER #1
ADDRESS INQUIRIES TO (212) 857-8544

Noting that, __Andrew S. Cannella__, counsel for the appellant has filed notice of reinstatement pursuant to the order of __4/16/03__ and being advised to the progress of the proceeding,

IT IS HEREBY ORDERED that the record on appeal be filed on or before __Dec 1, 2003__

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix be filed on or before __Dec 8, 2003__

IT IS FURTHER ORDERED that the brief of the appellee be filed on or before __Jan 7, 2004__

IT IS FURTHER ORDERED that ten (10) copies of each brief be filed with the Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of __Feb 16, 2004__. All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by appellant in filing the record on appeal, or the appellant's brief and joint appendix, at the times directed, or upon default of the appellant regarding any other provisions of this order, the appeal may be dismissed forthwith without further notice.

IT IS FURHTER ORDERED that if the appellee fail to file a brief within the time directed by this order, such appellee shall be subjected to such sanctions as the court may deem appropriate.

ROSEANN B. MACKECHNIE, Clerk

By: _Stanley Bass_
Stanley A. Bass,
Staff Counsel

Dated: _____