**MANDATE**

D. Conn.
01-cv-266
Underhill, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 24 day of Feb. two thousand four,

Present:

    Hon. Chester J. Straub,
    Hon. Barrington D. Parker, Jr.,
        *Circuit Judges,*
    Hon. Louis L. Stanton,
        *District Judge.**

FILED
FEB 24 2004
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

In re: Telesforo Rodriguez, Jr.,
        Debtor.

Telesforo Rodriguez, Jr.,
        Debtor-Appellant,

Molly T. Whiton, Trustee,
        Trustee-Appellant,

    v.            02-5076 (L.), 03-5002 (Con.)

Chase Manhattan Mortgage Corporation,
        Appellee,

U.S. Trustee's Office,
        Trustee.

Appellee filed in this Court a motion to dismiss for lack of jurisdiction to review the district court's order. Trustee-Appellant filed a motion requesting this Court to determine that the district court lacked subject matter jurisdiction, to determine that this Court lacks jurisdiction over the merits of the appeal, and to restore the bankruptcy court's Chapter 13 confirmation plan. Upon due consideration, it is ORDERED that Appellee's motion is GRANTED and the appeals are DISMISSED, because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 158(d). It is further ORDERED that Trustee-Appellant's motion is DENIED.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by: /s/ Deputy Clerk

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: /s/ Lucille Carr

*Hon. Louis L. Stanton, of the U.S. District Court for the Southern District of New York, sitting by designation.

USCA WJE

ISSUED AS MANDATE: MAY - 3 2004